*supra;* increasing an existing legal sentence to reflect the judge's true intention, *Commonwealth v. Allen, supra;* or increasing a maximum sentence to cure an illegal minimum sentence, *Commonwealth v. Brown, supra;* it would be inexplicable to conclude that the Commonwealth's request in this appeal meets constitutional mandate.

For the reasons expressed above, we affirm the order of the Superior Court.

McDERMOTT, J., dissents.

489 A.2d 1317

**James E. HOARE and Ruth Hoare, his wife**

**v.**

**The BELL TELEPHONE COMPANY OF PENNSYLVANIA, A Corporation**

**and**

**Monarch Furniture Company, a Corporation, t/d/b/a Slumber City, Petitioner.**

Supreme Court of Pennsylvania.

April 2, 1985.